## Elizabeth Smith, Appellee, v. Joseph Finzelber et al., Appellants.

Gen. No. 43,911.

opinion filed February 17, 1948; released for publication March 9, 1948. Howard D. Geter, and Wexler & Wexler, for certain appellants; Frederick A. Smith, of counsel; Prescott, Burroughs & Taylor, for appellee; A. M. Burroughs, Euclid Louis Taylor, Ulysses S. Keyes, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.